UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>  Plaintiff(s),<br><br> v.<br><br>DEVELICA LLC et al,<br><br>  Defendant(s).                           / | No. C 09-0878 MHP<br><br>**MODIFIED CONDITIONAL DISMISSAL ORDER** |

    Pursuant to notice of counsel by letter, filed May 18, 2010, the conditional dismissal order is modified as follows:

    IT IS HEREBY ORDERED that this action is dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with a proof of service of a copy on opposing counsel, **not later than March 1, 2011**, that the agreed consideration for the settlement has not been delivered over, this Order shall stand vacated, and the action shall be restored to the calendar to be set for trial.

Dated: May 25, 2010

MARILYN HALL PATEL
United States District Court Judge