United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEVELICA, LLC, a California limited liability company; STEPHEN W. HUGHES, an individual; GILMAN RANCH, LLC, a California limited liability company; and STERLING SAVINGS BANK as successor-in-interest to SONOMA NATIONAL BANK<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No.　C 09-0878 MHP<br><br>ORDER ON MOTION FOR ATTORNEYS' FEES AND COSTS |

　　　　Plaintiff filed a motion for attorneys' fees in the amount of $9,470.00 and for costs in the amount of $485.00.  Defendants have not opposed the motion.  The court, having reviewed plaintiff's arguments and submissions, finds the requested fees to be warranted and the amount reasonable.  Plaintiff's motion is accordingly GRANTED.

　　　　IT IS SO ORDERED.

Dated: May 10, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MARILYN HALL PATEL
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　　　Northern District of California