Daron D. Tong (SBN 96220)
Michele Miller (SBN 213723)
MILLER & TONG, LLP
250 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone (415) 409-5222
Facsimile  (415) 409-0467

Attorneys for Plaintiff
TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DEVELICA, LLC, a California limited liability company; STEPHEN W. HUGHES, an individual; GILMAN RANCH, LLC, a California limited liability company;  and STERLING SAVINGS BANK as successor-in-interest to SONOMA NATIONAL BANK, <br><br> Defendants. | Case No.: CV 09-00878 MHP <br><br> [PROPOSED] ORDER CONTINUING DEBTOR'S EXAMINATION |

The debtor's examination of Stephen W. Hughes currently scheduled for November 29, 2011 is continued to February 7, 2011 at 10:00 a.m. in Courtroom #4 of the U.S. States District Court, Northern District Court located at 1301 Clay Street, 3rd Floor, Courtroom #4, Oakland, CA 94612.

IT IS SO ORDERED.

December 2, 2011
Dated: November ___, 2011

_____
Magistrate Judge Laurel Beeler